**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00405-CR

**SRIHARI AVULA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80285-2012**

## ORDER

The Court **REINSTATES** the appeal.

On March 21, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel; and (3) counsel's explanation for the delay in filing appellant's brief is he was ill. Because the Court has not yet received appellant's brief, we **DO NOT ADOPT** the findings that it would be filed by April 23, 2014.

We **ORDER** appellant to file his brief by **MAY 2, 2014**. No further extensions will be granted. If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without appellant's brief. *See* Tex. R. App. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 296th Judicial District Court; and to counsel for all parties.

/s/   DAVID EVANS
      JUSTICE